

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF STATE HEALTH SERVICES, | § | No. 08-19-00273-CV |
| | § | Appeal from the |
| Appellant, | § | 168th Judicial District Court |
| v. | § | of El Paso, Texas |
| GUSTAVO RESENDIZ, | § | (TC #320710168) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the part of the judgment denying Appellant's plea to the jurisdiction on Appellee's claims of national origin, disability, and gender discrimination, as well as retaliation and *quid pro quo* sexual harassment claims. The part of the judgment denying Appellant's plea to the jurisdiction on Appellee's claim of sexual harassment based on hostile work environment is affirmed. We therefore reverse the trial court's judgment in part and affirm in part, and we remand this matter to the trial court for further proceedings based solely on Appellee's claim of hostile work environment. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF NOVEMBER, 2021.


JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.